UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRAYVON R. CAIL,<br><br>            Petitioner,<br>    v.<br><br>DONALD R. HOLBROOK,<br><br>            Respondent. | CASE NO. 2:22-CV-31-LK-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: November 17, 2023 |

On October 10, 2023, Petitioner Trayvon R. Cail filed a Motion for Leave to Appeal *In Forma Pauperis*. Dkt. 21. The Ninth Circuit Court of Appeals referred the Motion to the District Court and the Honorable Lauren King, the District Judge assigned to this case, referred the Motion to the undersigned.

The Court directed Petitioner to correct deficiencies in the Motion. Dkt. 25. On October 26, 2023, Petitioner filed an Amended Motion for Leave to Procced *In Forma Pauperis*. Dkt. 26. The Court has reviewed the relevant record and recommends Petitioner's amended application to

REPORT AND RECOMMENDATION - 1

proceed *in forma pauperis* on appeal (Dkt. 26) be granted. Petitioner should be permitted to proceed on appeal without the prepayment of fees.[1]

The Court also recommends the Motion for Record on Appeal (Dkt. 22) be denied as moot as unrepresented litigants are not required to file Excerpts of Record. Further, the Court recommends Petitioner's first application to proceed *in forma pauperis* be denied as moot based on the filing of the amended application to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on November 17, 2023, as noted in the caption.

Dated this 31st day of October, 2023.

David W. Christel
Chief United States Magistrate Judge

---

[1] Under General Order 11-22, "Any reference received from a Court of Appeals for the limited purpose of determining whether an appellant's IFP status should continue or whether the appeal is frivolous or taken in bad faith shall be reviewed by the judge that made the final decision that resulted in the appeal." Therefore, the undersigned issues a Report and Recommendation to allow Judge King, the judge that made the final decision that resulted in the appeal, to review Petitioner's Amended Motion.

REPORT AND RECOMMENDATION - 2